1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE DISTRICT OF ARIZONA

6

7

United States of America,                    )        CR 04-436-2-TUC-RCC
                                             )
8        Plaintiff,                          )        **ORDER**
                                             )
9    vs.                                     )
                                             )
10                                           )
     Shane Blair Badia,                      )
11                                           )
         Defendant.                          )
12                                           )
                                             )
13   _____)

14

15        The Court has reviewed the Report and Recommendation, the transcript from the

16   evidentiary hearing held before the Magistrate Judge, the exhibits presented at the hearing

17   and no objections having been filed to the Report and Recommendation,

18        **IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation

19   filed November 9, 2007 (#70) and the Court finds that the defendant has violated in part

20   standard condition #3 as set forth in the Report and Recommendation.

21        **IT IS FURTHER ORDERED** that the dispositional hearing remains set for Tuesday,

22   December 11, 2007 at 9:10 a.m. before this Court.

23        DATED this 7th day of December, 2007.

24

25

26

27                                              Raner C. Collins
                                            **United States District Judge**

28